UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 06-6150-GPS (OP)                    Date:  September 8, 2008

Title: Michael Saltzman v. City of Los Angeles, et al.

---

PRESENT: THE HONORABLE    OSWALD PARADA              ☐ U.S. DISTRICT JUDGE
                                                     ☒ MAGISTRATE JUDGE

  Maynor Galvez              N/A                       N/A
  Deputy Clerk       Court Reporter / Recorder       Tape No.

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
           NONE                                            NONE

**PROCEEDINGS:  (IN CHAMBERS: DENIAL OF REQUEST FOR HEARING DATES; ADVISEMENT TO WARDEN)**

On March 19, 2007, the Court received plaintiff's First Amended Complaint ("FAC"). On April 20, 2007, the Court ordered service of the FAC. On May 27, 2008, plaintiff filed his Notice of Submission of Documents to the U.S. Marshal. On July 25, 2008, plaintiff filed a Notice and Request for Hearing Dates.  The Court hereby denies plaintiff's request for hearing dates.

This minute order shall advise the Warden and other custodial officials that plaintiff has a legal action now pending in the United States District Court for the Central District of California.  This action will require very strict compliance with court-ordered deadlines.  As such, plaintiff needs access to, among other things, all legal documents, copying services, writing materials, the prison law library, as permitted by prison rules, to represent himself in the pending proceedings.

**IT IS SO ORDERED.**


cc: All Parties of Record

                                          Initials of Deputy Clerk    dts for mg

CV-90 (10/98)
CIVIL   MINUTES    -    GENERAL