UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SALTZMAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. CV 06-6150-VBF (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that the Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Defendant Baca's Motion to Dismiss the FAC without prejudice for failure to exhaust administrative remedies; and (3) directing the Judgment be entered dismissing this action without prejudice.

DATED: April 27, 2011

HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge