JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL SALTZMAN, | ) | Case No. CV 06-6150-VBF (OP) |
| Plaintiff, | ) ) ) | J U D G M E N T |
| vs. | ) ) | |
| THE CITY OF LOS ANGELES, et al., | ) ) ) | |
| Defendants | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1 | IT IS ADJUDGED that the First Amended Complaint is dismissed without
2 | prejudice.

DATED: April 27, 2011

*Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge